<hr />

SEEP et al. v. SPADE.

(Circuit Court of Appeals, Eighth Circuit. April 11, 1910.)

No. 3,067.

Appeal from the Circuit Court of the United States for the Eastern District of Oklahoma.

Suit in equity by Robert Spade, by J. T. Parks, his guardian and next friend, against William J. Seep, T. N. Barnsdall, and the Midland Oil Company. Decree for complainant, and defendants appeal. Modified and affirmed.

Edgar Smith and Eugene Mackey (Zevely, Givens & Smith and Cornelius D. Scully, on the brief), for appellants.

Kenneth S. Murchison (M. C. Reville and A. A. Davidson, on the brief), for appellee.

Before HOOK and ADAMS, Circuit Judges, and AMIDON, District Judge.

HOOK, Circuit Judge. The essential facts in this case are like those in Midland Oil Company et al. v. Susan Turner (just decided) 179 Fed. 74, and there is a stipulation that this case shall abide the result of the other.

It is therefore remanded to the Circuit Court for a like modification of the decree, and, as so modified, the decree is affirmed.